# CASE ANNOUNCEMENTS

*October 13, 2010*

[Cite as *10/13/2010 Case Announcements*, 2010-Ohio-4928.]

## MERIT DECISIONS WITHOUT OPINIONS

2010–0425. [State ex rel.] **Perez v. Edwards.**
In Mandamus. On complaint in mandamus of Harry Perez. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.